**No. 62038.**—Maher-App & Co. *v.* United States, protest 273641–K/14656 (New Orleans).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of plastic artificial teeth the same in all material respects as those the subject of *Maher-App & Company* v. *United States* (44 C. C. P. A. 22, C. A. D. 630), the claim of the plaintiff was sustained.